**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                 CASE NO.  3:05cr46LAC

CHRISTOPHER PAUL COLLINS

Referred to Judge Lacey Collier on June 17, 2005

Motion/Pleadings:  MOTION FOR MENTAL EXAMINATION TO DETERMINE COMPETENCY TO STAND TRIAL AND TO DETERMINE MENTAL CONDITION AT THE TIME OF THE ALLEGED OFFENSE

Filed by DEFENDANT   on 6/16/05   Doc.# 13

RESPONSES:

                                           on                  Doc.#

(UNOPPOSED BY GOVT)

                                       WILLIAM M. McCOOL, CLERK OF COURT

                                       /s/ Mary Maloy-Wells

LC (1 OR 2)                          Deputy Clerk: Mary Maloy-Wells

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 21st day of June, 2005, that:*

*(a) The relief requested is* **GRANTED.**

*(b)* _____

                                                    s/ *L.A. Collier*
                                                   ***LACEY A. COLLIER***
                                                   *United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.