# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA  DIVISION

UNITED STATES OF AMERICA

vs.                                                      CASE NO. 3:05cr46/LAC

CHRISTOPHER PAUL COLLINS

_____/

## ORDER CONTINUING TRIAL

Upon Defendant's motion (Doc. 13) and pursuant to 18 U.S. C.§ 4241(a), the Court ordered Defendant to be committed for a psychiatric evaluation to determine his competency to stand trial (Doc. 15).  As a result, the trial will be continued pending the results of the Defendant's evaluation.

**ORDERED** on this 22nd  day of June 2005.

s/L.A. Collier
_____
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE