IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                   CASE NO: 3:05cr46/LAC

CHRISTOPHER PAUL COLLINS,

    Defendant.

_____/

## AMENDED ORDER

The Court's Order dated 21 June 2005 (doc 15) is amended to the extent that the evaluation period shall end on September 2, 2005.

In all other respects, the Court's order of June 21, 2005 remains in full force and effect.

**ORDERED** this 1st day of August 2005

                                              s/*L.A. Collier*
                                           LACEY A. COLLIER
                                Senior United States District Judge