IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No.:  3:05cr46/LAC/
3:07cv375/LAC/MD

CHRISTOPHER PAUL COLLINS
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 6, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 31) is summarily DISMISSED as untimely.

DONE AND ORDERED this 2nd day of October, 2007.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**