IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                CASE NO:   3:05cr46/LAC
                                                     3:07cv375/LAC/MD

CHRISTOPHER PAUL COLLINS
_____

## **ORDER**

The defendant has filed a notice of appeal (doc. 37) and a motion for certificate of appealability (doc. 38) with respect to the order entered on October 2, 2007 (doc. 34). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).

Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order of October 2, 2007, a certificate of appealability is DENIED.

No motion for leave to proceed *in forma pauperis* has been filed.  The defendant has not shown that the appeal is taken in good faith or that he is otherwise entitled to so proceed on appeal.  Accordingly, the $455.00 filing fee shall be paid within 30 days from the date of this order.

DONE AND ORDERED this 7th day of November, 2007.

                                     s/*L.A. Collier*
                                     **LACEY A. COLLIER**
                                     **SENIOR UNITED STATES DISTRICT JUDGE**